

# Fourth Court of Appeals
## San Antonio, Texas

October 30, 2017

No. 04-17-00384-CV

**IN RE ADAN VOLPE PROPERTIES, LTD**, Maricela Volpe, General Partner,

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVF-000127-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Appellant's motions for rehearing and an emergency stay are denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of October, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court